IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DUHON DAY ACTIVITY, ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-165 |
| | § | |
| CITY OF ANAHUAC, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order granting the "City of Anahuac's and Individual Defendants Jackson's, Taylor's, and Key's Motion for Summary Judgment," it is **ORDERED** and **ADJUDGED** that Plaintiffs, Duhon Day Activity Health Services and Diane Carter Duhon, take nothing, that this action is **DISMISSED on the merits with prejudice**, and that the Defendants, City of Anahuac, Stephone Taylor, Terry Key and Guy Robert Jackson, **RECOVER** their costs of action.

**DONE** at Galveston, Texas, this ____14th____ day of February, 2007.

John R. Froeschner
United States Magistrate Judge